~~SECRET~~
unsealed 12/5/07

FILED
07 NOV 29 PM 12:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   '07 CR 3239 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 26, U.S.C., Sec. 5861(d) - Possession of an Unregistered Firearm (Felony) |
| LEONARDO SAN JUAN, JR., | |
| Defendant. | |

The grand jury charges:

On or about July 5, 2006, within the Southern District of California, defendant LEONARDO SAN JUAN, JR. did willfully and unlawfully possess a firearm, to wit: one (1) fully automatic AK-47 machinegun, which had not been registered to defendant in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d), a felony.

DATED: November 29, 2007.

A TRUE BILL:

_Thomas R. Lyon_
Foreperson

KAREN P. HEWITT
United States Attorney

By: _Nicole A. Jones_
NICOLE A. JONES
Assistant U.S. Attorney

NAJ:nlv:San Diego
11/28/07

