# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   LEONARDO SAN JUAN JR.   []   07CR3239-JM

[]   []

The Honorable:   RUBEN B. BROOKS

Atty   ROBERT HENSSLER S/A   for   [1]   -
Atty   _____   for   []   -
Atty   _____   for   []   -

DOA: 12/5/07
F/A: 12/5/07
TAPE #: RBB07-1:2:15-2:21   (6 mins)

GVT'S ORAL MOTION TO UNSEAL CASE - GRANTED
DEFT INFORMED COURT THAT HE HAS HIRED ATTORNEY JEFF LOW.
DEFT ARRAIGNED & PLEAD NOT GUILTY
MOTION HEARING & TRIAL SETTING SET FOR 1/4/08 @ 11:00 A.M. BEFORE JUDGE MILLER.
BAIL SET AT $25,000 P/S AND COSIGNED BY 2 FINANCIAL RESPONSIBLE ADULTS.

Date:   12/5/07   _____

END OF FORM   by   VTL