~~SECRET~~   unsealed 12/05/07

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Leonardo San Juan, Jr.

**WARRANT FOR ARREST**

CASE NUMBER: 07CR3239 JM

To: The United States Marshal
and any Authorized United States Officer

**FILED**
DEC 1 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

YOU ARE HEREBY COMMANDED to arrest   Leonardo San Juan, Jr.

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

26 USC 5861(d) Possession of an Unregistered Firearm (Felony)

RECEIVED 2007 NOV 29 P 4:10 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title   See Above   United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

*a. vemu* (signature)
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

November 29, 2007   San Diego, CA
Date and Location

Bail fixed at $   No Bail   by   The Honorable Anthony J. Battaglia
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 1280 Hacienda Dr #65 Vista, CA | | |
| DATE RECEIVED 12/3/07 | NAME AND TITLE OF ARRESTING OFFICER Raymond W. Gellatly SDUSM | SIGNATURE OF ARRESTING OFFICER *signature* |
| DATE OF ARREST 12/5/07 | | |

CLASS I   Gellatly   Due 12/3