# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>LEONARDO SAN JUAN, JR.<br><br>          Defendants. | Criminal Case No. 07cr3239 JM<br><br>Order on Motion to Continue Motion<br>Hearing/Trial Setting [Docket No. 9] |

    Upon the motion of Defendant and for good cause being shown, the Motion Hearing/Trial Setting Hearing currently scheduled before Judge Miller on January 4, 2007 is hereby continued to ***January 11, 2008 at 11 a.m.***

    IT IS SO ORDERED.

DATED:  December 21, 2007

                                    Hon. Jeffrey T. Miller
                                    United States District Judge