Joseph H. Low IV (SBN 194897)
THE LAW FIRM OF JOSEPH H. LOW IV
One World Trade Center
Suite 2320
Long Beach, CA 90831
Telephone: (562) 901-0840
Facsimile: (562) 901-0841

Attorney for Defendant
LEONARDO SAN JUAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARDO SAN JUAN, JR.<br><br>Defendant. | Criminal Case No. 07CR3239-JM |

MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Leonardo San Juan, Jr., by and through his attorney, Joseph H. Low, IV, hereby moves this court to permit him to file motions after January 11, 2008, if such motions should become necessary because Mr. Low, Retained Defense Counsel, has prior teaching obligations at the Trial Lawyers College. As grounds for this motion, Leonardo San Juan states as follows:

1. At the arraignment on December 5, 2007, this Court set a January 4, 2008 deadline for filing all motions.

2. Counsel for the defense filed a Motion to Continue Motion Hearing/Trial Setting on December 21, 2007, which was granted and continued to January 11, 2008. This date was set by the court, and is a date Defense Counsel is unavailable.

3. Defense Counsel will be teaching at Gerry Spence's Trial Lawyers College from January 9, 2008 – January 13, 2008 in Northern California. Trial Lawyers College is a State Bar

Approved Seminar for MCLE credits, where defense counsel is a Senior Instructor and will be teaching the entire seminar.

3. Federal Rules of Criminal Procedure, Rule 12(d) states: "The court must decide every pre-trial motion before trial unless it finds good cause to defer a ruling."

4. Undersigned counsel wishes to attempt to resolve all such discovery issues informally before filing a motion to compel, and to only file such a motion should these informal efforts be unavailing.

5. Accordingly, the defendant requests that the Court permit him to file such motions to a mutually available date or February 13, 2008.

WHEREFORE, for the foregoing reasons, and other reasons this Court may deem just and proper, it is respectfully requested that defendant Leonardo San Juan's Motion be granted.

DATED: January 3, 2008

Respectfully Submitted,

/s/ Joseph H. Low IV
JOSEPH H. LOW IV
Attorney for Defendant
Leonardo San Juan
Email: joseph@jhllaw.com

Joseph H. Low IV (SBN 194897)
THE LAW FIRM OF JOSEPH H. LOW IV
One World Trade Center
Suite 2320
Long Beach, CA 90831
Telephone: (562) 901-0840
Facsimile: (562) 901-0841

Attorney for Defendant
LEONARDO SAN JUAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3239-JM |
| Plaintiff, | DECLARATION OF JOSEPH H. LOW IV IN SUPPORT OF MOTION TO CONTINUE MOTIONS HEARING/TRIAL SETTING |
| vs. | |
| LEONARDO SAN JUAN, JR. | |
| Defendant. | |

I, Joseph H. Low IV, declare:

1. I am an attorney at law, licensed to practice before the United States District Court, Southern District of California. I know the facts set forth herein to be true of my own personal knowledge, except where otherwise indicated.

2. I am counsel of record in this action for the Defendant, Leonardo San Juan.

3. On December 21, 2007, I received, via email, notice of the signed order granting the continuance of the Motions Hearing/Trial Setting to January 11, 2008.

4. I will be teaching at the Trial Lawyers College January 9, 2008 – January 13, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 3rd day of January 2008.

Respectfully Submitted,

/s/ Joseph H. Low IV
JOSEPH H. LOW IV
Attorney for Defendant
Leonardo San Juan

DECLARATION OF JOSEPH H. LOW IV- CASE NO: 07CR3239-JM

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3239-JM |
| Plaintiff, | |
| vs. | |
| LEONARDO SAN JUAN, JR. | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, MEGAN TANKERSLEY, am a citizen of the United States and am at least eighteen years of age. My business address in One World Trade Center, Suite 2320, Long Beach, CA 90831.

I am not a party to the above-entitled action. I have caused service of **MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING & DECLARATION OF JOSEPH H. LOW IV** on the following parties by electronically filing the foregoing with the Clerk of the District Court using ECF System, which electronically notifies them.

Karen P. Hewitt
United States Attorney
Nicole Acton Jones
Assistant U.S. Attorney

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2008

/s/ *Megan Tankersley*
MEGAN TANKERSLEY