UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr3239 JM |
| Plaintiff, ) | |
| v. ) | Order Granting Defendant's Motion for |
| ) | Continuance of Motion Hearing/Trial |
| LEONARDO SAN JUAN, JR, ) | Setting Date [Docket No. 12] |
| Defendant. ) | |

Upon the motion of the defendant, and for good cause being shown, the motion hearing/trial setting date currently scheduled before Judge Miller on January 11, 2008 is hereby continued to *February 15, 2008 at 11:00 a.m.*

IT IS SO ORDERED.

DATED: January 8, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge