FILED

08 JAN 24 PM 2:41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ CP        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3239-JM |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | **(Superseding)** |
| LEONARDO SAN JUAN, JR., ) | Title 26, U.S.C., Sec. 5861(d) – Possession of an Unregistered Firearm (Felony) |
| Defendant. ) | |

The grand jury charges:

On or about June 28, 2006, within the Southern District of California, defendant LEONARDO SAN JUAN, JR. did willfully and unlawfully possess a firearm, to wit: one (1) fully automatic AK-47 machinegun, which had not been registered to defendant in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d), a felony.

DATED: January 24, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
NICOLE A. JONES
Assistant U.S. Attorney

NAJ:em:San Diego
1/23/08