```
 1  KAREN P. HEWITT
    United States Attorney
 2  NICOLE ACTON JONES
    TARA MCGRATH
 3  Assistant U.S. Attorneys
    California State Bar No. 231929, 254209
 4  United States Courthouse
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-5684
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3239-JM |
|---|---|---|
| Plaintiff, | ) | **MOTION TO PERMIT** |
| v. | ) | **GOVERNMENT TO BRING** |
|  | ) | **FIREARM INTO COURTHOUSE** |
| LEONARDO SAN JUAN, JR., | ) |  |
| Defendant. | ) |  |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Nicole Acton Jones and Tara McGrath, Assistant United States Attorneys, and requests the Court to permit the Government to bring into the Courthouse, during the above-referenced trial scheduled to begin on June 2, 2008 at 9:00 a.m., a firearm, to wit: a Bulgaria, Model AKK (AK-47), 7.62 x 39 caliber machinegun, Serial Number 30 2923. Said firearm will have the required triggerlock safety device at all times.

DATED: May 26, 2008.                Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney


                                    \s\***Nicole Acton Jones***
                                    NICOLE ACTON JONES
                                    TARA MCGRATH
                                    Assistant U.S. Attorneys

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>              Plaintiff,    )<br>                             )<br>         v.                  )<br>                             )<br>LEONARDO SAN JUAN, JR.       )<br>                             )<br>              Defendant.     )<br>_____) | Case No. 07cr3239-JM<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, Nicole A. Jones, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of Motion to Permit Government to Bring Firearm into Courthouse on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1) Joseph H. Low IV

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on May 26, 2008.

                              s/Nicole Acton Jones
                              NICOLE ACTON JONES
                              E-mail: nicole.jones@usdoj.gov

2