UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,         )<br>     v.                      )<br>                              )<br> LEONARDO SAN JUAN, JR.,      )<br>                              )<br>          Defendant.         )<br>_____) | Case No. 07CR3239-JM<br><br>**ORDER GRANTING GOVERNMENT PERMISSION TO BRING FIREARM INTO COURTHOUSE** |

Upon application of the United States and good cause appearing,

IT IS ORDERED that the Government is permitted to bring into the Courthouse during the trial in the above-referenced matter, scheduled to begin on June 2, 2008 at 9:00 a.m., a firearm, to wit: a Bulgaria, Model AKK (AK-47), 7.62 x 39 caliber machinegun, Serial Number 30 2923. Said firearm is required to have an appropriate triggerlock safety device on it at all times.

IT IS SO ORDERED.

DATED: May 27, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge