```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ NICOLE ACTON JONES
   │ TARA MCGRATH
 3 │ Assistant U.S. Attorneys
   │ California State Bar Nos. 231929, 254209
 4 │ Federal Office Building
   │ 880 Front Street, Room 6293
 5 │ San Diego, California  92101-8893
   │ Telephone: (619) 557-5482/6920
 6 │ Nicole.Jones@usdoj.gov
   │ Tara.McGrath@usdoj.gov
 7 │
   │ Attorneys for Plaintiff
 8 │ United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-CR-3239-JM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| LEONARDO SAN JUAN, JR., | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as second counsel in the above-captioned case with lead counsel for the United States remaining Nicole A. Jones. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:   None.

Please feel free to call me if you have any questions about this notice.

DATED:  May 30, 2008.

> KAREN P. HEWITT
> United States Attorney
>
> s/ *Tara K. McGrath*
> Tara K. McGrath
> Assistant United States Attorney

. 07-CR-3239-JM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br> LEONARDO SAN JUAN, JR.,       )<br>                              )<br>           Defendant.         )<br>_____) | Criminal Case No. . 07-CR-3239-JM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, Tara K. McGrath, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Joseph H. Low, IV
           One World Trade Center, Suite 2320
           Long Beach, CA 90831
           Attorney for the Defendant

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on May 30, 2008.

                                                  s/ *Tara K. McGrath*
                                                  TARA K. McGRATH