UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>                    Plaintiff, )<br>     vs.                      )<br>)<br>LEONARDO SAN JUAN, JR.        )<br>)<br>                    Defendant. )<br>_____) | Criminal Case No. 07CR3239-JM<br><br>ORDER TO CONTINUE SENTENCING HEARING |

Upon the motion of the defendant, and for good cause being shown, the Sentencing Hearing date currently scheduled before Judge Miller on August 29, 2008, is hereby continued to September 5, 2008.

IT IS SO ORDERED.

DATED: August 8, 2008

Hon. Jeffery T. Miller
United States District Judge