Character Letter: Leonardo Rene San Juan, Jr.
By: Catherine Waltrip
Date: June 5, 2008

I have known Leonardo Rene San Juan, Jr. for twelve (12) years. I know him as "Rene," and will refer to him as such from this point onward.

In my experience, he is an honest and principled person. Rene has high moral expectations of himself and others. He is generally a law abiding person who would not purposefully commit a serious crime. I know these things in part because he has spent years trying to be an example to my younger siblings, teaching them about honesty, forthrightness, and how to be a better human being. He also has worked hard to inspire me to be everything that I can be as a person, while still appreciating my strengths. Thus, he manages to be a supportive example to others without being arrogant.

Rene learns from his mistakes. The man he is now is very different from the 18 year old kid I met in high school. Some things have not changed, because they are inherent in his personality—his love of children and animals; his sense of humor; his desire to lead by example; his expectation that the people around him work as hard as he does. But Rene has progressed from where he was then by changing the things he felt he could improve upon. He quit smoking. He became disciplined in his health. He learned to listen to those who think they know better. He learned to give people a chance. This tells me that he grows over time, and that he takes stock of his mistakes and changes his life and way of being because of them.

I also know him to be a person who is not greedy. Rene has worked since he was out of high school. Although many of my friends received help from my parents in co-signing for cars, etc., Rene never even asked for any kind of financial assistance from my parents, despite the fact that he knew it to be available. He has not asked for, and I doubt he would accept, financial assistance from me. On the contrary—his financial independence is dear to him. He began saving several years ago, and was diligent in asking advice on how to invest his savings. He is willing to take the long route to financial security, which he has demonstrated time and time again by being careful with his money and taking seriously the idea that no windfalls are coming—only hard work.

I am not sure what kind of man Rene appears to be "on paper," in a courtroom. I do not know if learning about specific events in that setting can give you an idea of who he really is. Respectfully, I will say that the man I know deserves our respect and our gratitude. He trained himself well for the Marine Corps. He endured serious hardship. He fought very hard for this country. All of that, I suspect you know already. I am here to tell you that he was that same dedicated person when he was just a kid, that he has been that person consistently and constantly, and that I have every confidence that he will continue to do great things, to contribute, and to be an example to all of us. I think the world is a better place with Rene in it.

Thank you for your time.

Catherine Waltrip

Date: Tue, 17 Jun 2008 06:08:38 -0700
From: machininghate@yahoo.com
Subject: characters and letters
To: recce45@hotmail.com

From: Aaron D. Bousley

To whom it may concern,

I have known Sgt. San Juan for six years as a Marine. I've been to Iraq with him three times, two of which we were in the same team(once as my Team Leader, and once as the Assistant Team Leader). Both times we were in Iraq in the same team, he often had to assume the duties of both the Team Leader and Ass. Tm. Ldr. And both times he was very determined to ensure that every man in the team was always informed of what was going on and what was on the horizon, as well as the fact that we were well enough trained to handle it. If he found anything questionable, whether it be a mission to be done or someone's integrity(regardless of rank), he questioned it in the manner best served by that particular situation, he was able to do so because, everyone knew his integrity was in tact, as well as his knowledge of the job, and his ability to do that job(whatever it may be).

During our second deployment to Iraq, while we did not serve in the same team, I was present on an occasion when a member of his team was shot during a firefight, and Sgt. San Juan immediately applied the proper medical procedures, and single-handedly(and quickly) carried said Marine out of the firefight to a 'safe area' with complete disregard for his own safety.

Throughout all three deployments Sgt. San Juan was consistently used as an example for what a Recon Marine(especially a Team Leader) should aspire to, and a man in general. He constantly exhibited maturity and fairness, where on several occasions he could have written someone off. Instead he always tried to teach them how to succeed where they were having trouble, he always stressed not staying down when you were on the floor'. Also he viewed any situation or problem form every angle, and everyone's point of view, as much as possible, in order to make as righteous a decision as possible, and give the best direction to follow. I have personally witnessed him make sure that everyone in the vicinity, regardless of unit designation or rank, understood the difference between hostiles and noncombatants during a fire fight, making sure no innocents were fired upon.

As a man and a Marine, I've always known him to be honest and forthright, giving strait forward answers, regardless of how he will be perceived, because that is what's needed. In conclusion, I would question anyone most aggressively, regardless of who they think they are, who would question the character of Sgt. San Juan, especially since the nine of us who served in a team with him in combat are still here because he made the right decisions.

Aaron Bousley



FITNESS, MARTIAL ARTS AND BOXING

June 17, 2008

To Whom It May Concern:

In regards to the character of Leonardo San Juan, I can only speak of what I've observed of him as a student of mine here in Extreme Power Gym.

Since January of 2007, Leo has been an absolute asset. He's an honest, reliable and very dependable man. As a Marine, I can tell that he is the type of Marine that I would have wanted next to me during the worst of times while in a combat situation. I was a Marine for 12 and ½ years. At the time I separated from the Marine Corp, I had made promotion to Gunnery Sergeant. I have led many of Marines and I totally took to Leo from the time he stepped foot in the front door of the gym. He has helped every other student that I've asked him to, without question. I've met his wife Christine and they are a solid unit. I totally respect and admire them both.

In regards to the recent situation with him, I feel that he may have done some things that he shouldn't have. However, by no means is Leo other than an honorable man.

Sincerely,

Ruben Rowell, Jr.

John R. Christeson
97 Eagle Creek
Collinsville, IL 62234
June 17, 2008

Dear Sir,

    I am writing you on behalf of Sgt. Leo San Juan to attest to his character and morals, as I have found them to be through my past experiences and on-going interaction with him. My experiences with Leo were all gained through our service together in the Marine Corps. We deployed three times together, two of those deployments being in the same five-man reconnaissance team. Since leaving the Marine Corps and returning to my home-state of Illinois I have maintained contact with Leo and have been personally saddened by his current legal situation, which I believe was caused by his own benign but unlawful actions.

    My first experiences with Sgt. San Juan came with our first deployment together in what became Operation Iraqi Freedom I, in February of 2003. I was new to 1st Reconnaissance Battalion having come to the unit from Infantry school only seven weeks prior to our short-notice deployment. Awaiting further orders with our company in Kuwait, my direct interactions with Sgt. San Juan were minimal, but through others in his platoon such as, Sgt. Eric Kocher, and members of my platoon such as, Sgt. Rudy Reyes and Cpl. James Chaffin, I learned of Sgt. San Juan's high standards and tough discipline. Throughout our operations and combat engagements after the invasion began, I continued to hear of the exploits of my fellow marines and Sgt. San Juan's reputation as a highly motivated and highly disciplined marine, while acting as an assistant team leader, was maintained. With the end of combat operations for our unit in late May, the members of my company began to ready those of us who had not passed it, for the Basic Reconnaissance Course, which is required for recon operators in the battalion. While preparing for future training and operations, Sgt. San Juan was an example other marines strived to emulate.

    After returning to United States, while completing the Basic Reconnaissance course, I learned that I would be serving in Sgt. San Juan's team for our second deployment together. Learning that Sgt. San Juan would be my future team leader made me feel both fortunate and anxious, fortunate because I knew I would be working under good and practiced leadership, and anxious because I knew I would have a high standard to uphold right out of my initial reconnaissance training. My feelings were confirmed by our team's pre-deployment training. Through several months of rigorous and constant training at many levels, Sgt. San Juan formed our team into a strong and disciplined unit ready and able to conduct combat operations.

    During our second deployment together in the vicinity of Fallujah, Iraq, one of the most dangerous and volatile areas in the country at the time, Sgt. San Juan led our team and as a team leader acted as an advisor to our platoon headquarters. Through eight months of combat operations, with numerous engagements, Sgt. San Juan led and commanded our team in an aggressive, highly disciplined manner. His commitment to his fellow marines' welfare in combat as well as on our base was obvious through his many actions. One night sticks out vividly in my mind.

Only a few months into the deployment our platoon became heavily engaged in a firefight with insurgents inside a small hamlet. Half of our team had been selected to advance with another team on foot from our vehicles' position to investigate suspicious activity in the hamlet. While we were moving, our platoon and air support began to engage the enemy when they observed hostile actions by several men in the hamlet. Our patrol on foot was less than one-hundred yards from the engaging enemy but also directly in the line of fire from the rest of our platoon with our vehicles. With heavy fire coming from both directions and no substantial cover, a member of our team, Cpl. Chapman, was struck in the foot by a ricocheting round. Hearing Cpl. Chapman's calls of, "I'm hit, I'm hit", Sgt. San Juan moved through the heavy fire, with little consideration for his own safety and well-being, to render first-aid to the wounded man and stop the bleeding, while also throwing Cpl. Chapman into a ditch where they would have some cover from the fire. Once there was a halt in the fire, Sgt. San Juan lifted Cpl. Chapman out of the ditch and carried him back to the vehicles where he was given further first aid by a Recon Corpsman medic.

After returning to the US from that our second deployment together, we immediately returned to training for our third deployment together. Again, I would be in Sgt. San Juan's team as would the newly healed Cpl. Chapman, who had requested to be in Sgt. San Juan's team for what would also be their third deployment together. Much like the training before our second deployment, Sgt. San Juan was able to form our team into a highly trained, highly disciplined and highly motivated recon team.

Our third deployment together was different from our first two in that our platoon was attached to a different unit and we had no set mission. With this deployment, Sgt. San Juan's discipline and leadership abilities would become important to make up for the shortcomings of our platoon leadership. Because of the poor leadership above our teams, it became imperative that the team leaders take a greater role in platoon to keep it functioning. Sgt. San Juan became the lead voice for the team-leaders in making sure there was no break-down in the platoons' and teams' discipline and motivation despite the problems above them. During this deployment we again took part in combat operations in Iraq, from November and December of 2005. We were involved in many operations in preparation for the Iraqi elections and as part of the security force for those elections. Sgt. San Juan's continued leadership helped our unit to complete our assigned missions while maintaining his high standards.

Outside of work Leo was also an example of a stellar individual. Leo is as trustworthy and responsible individual as I have ever met. His actions that have led to this point were however, out of his character, misguided and irresponsible. He obviously made poor decisions, but I have no doubt that they were made without any malicious intent. Leo cannot undo the unlawful act in which he partook, but, I believe, any punishment beyond the minimum the law will allow, would be excessive and would not be taking into consideration his service to his country or his characteristically high moral character. I am proud to call Leo my friend and my brother in arms.

With all Sincerity,

John Robert Christeson

To Whom It May Concern: 18 June 2008

    I am enthusiastically writing this letter in order to endorse the character of Sgt. Leonardo San Juan as one of integrity and professionalism, with high moral standards and pride of service. I have known Sgt. San Juan for six years with four of those spent in service to our Country with the 1st Reconnaissance Battalion, United States Marine Corps. During that tenure of service Sgt. San Juan and I deployed to combat operations in Iraq three times together, in three separate platoons. I have been with and seen him in action, under austere conditions in times of extreme duress, and in peace times as well. I have known him as a leader and a peer and I consider Sgt San Juan to be an excellent example for junior Marines to emulate.

    My first experience with San Juan was in late 2002, when I joined 1st Recon Bn. As a junior Marine I was immediately aware of his professional presence among the unit. He was highly regarded by his peers as well as his superiors due to his dedication to the demanding duty of being a proficient Reconnaissance Marine. In the months spent preparing for our first deployment to Iraq together in 2003 I came to know (then) Cpl. San Juan as an honest, straight forward operator with steadfast devotion to his unit and an extreme sense of responsibility to his commanders. In the succeeding years as we both increased in rank Sgt. San Juan and I developed a closer professional relationship, and eventually served as Team Leaders together in our last shared unit, San Juan being the senior Team Leader for the platoon. It was during this time when I came to truly respect and admire Sgt. San Juan. As the senior Team Leader he was a consistent source of guidance and tutelage for me. Sgt. San Juan was outstanding in his duties, never conceding to the steady barrage of adversities that a modern war zone so readily provides. I have witnessed him treat and evacuate his wounded men, lead his team through multiple high intensity combat scenarios, carry out complex and demanding tasks given to him on short notice, and so many other fantastic actions that are involved with the valiant profession of defending our Nation. I have also witnessed many acts of kindness from Leonardo. During times of both war and peace, he knew how to separate and at times balance the duty of violence with his personal compulsion for ever present compassion. This often overlooked virtue is what I believe completes Sgt. San Juan's exceptional character as both a professional Military Man and an outstanding American citizen whom I am proud and honored to have served with.

Respectfully,

Walter D. Hasser
Former 1st Reconnaissance Bn. Team Leader

I have known Sgt. Sanjuan since September 14, 2007. After meeting him I immediately liked him due to his character not only as a marine but as a man as well. During the time that I have known Sgt. Sanjuan we have worked together at 1st Reconnaissance Bn, trained together at the gym, and he has invited me and my wife to have dinner at his house along with his wife. During all of this I have to say that Sgt. Sanjuan has always been extremely respectful and courteous. He is very punctual, charismatic, funny, and enjoyable to be around. That is him as a man. As a marine he is very knowledgeable of his MOS in the Marine Corps. He knows what has to be done and knows the best way to accomplish the job. He has complete loyalty to his men and his mission. I honestly believe that Sgt. Sanjuan is good man and a loving husband that hasn't ever intended to hurt anyone. It is my honor to write this letter on behalf of Sgt. Sanjuan.

Sincerely,
Sgt Maxwell
1st Reconnaissance Bn
Camp Pendleton, CA

Eric Michael Kocher
4248 Fiesta Way Unit 5
Oceanside California 92057
ericmkocher@hotmail.com
(760) 214-6676

June 16, 2008

To Whom it may concern,

I served with Leo San Juan In peace and war for 4 years, we first met in the summer of 2001, Leo San Juan was a student of my attending Recon training at 1st Reconnaissance Battalion, 1st Marine Division. I was a senior Team Leader assigned with Bravo Company. Leo San Juan excelled quickly and impressed many of the senior leadership helping him establish a position as an Assistant Team Leader with Bravo Company. We served in the same platoon in support of Operation Iraq Freedom leading the spear head on the invasion into Iraq. Through 17 major fire fights and I observed Leo San Juan and his team stay composed and contribute greatly to the over all success of 1st Reconnaissance Battalion's missions. Once we returned I watched Leo San Juan take young Graduates from the School of Infantry and shape them, by sheer force of his own example, into confident, capable reconnaissance Marines. I watched him make ethical decisions in battle, always doing the right thing instead of what was convenient or popular. I again Served in the same company these time Leo San Juan as a Team Leader in support of Operation Iraq Freedom II. I watched his fellow team leaders seek out his advice and realized there is no higher compliment as a Marine that to be respected by you peers. You have access to Leo San Juan's Service Record, so I need not elaborate on the fact that he served, by choice, 3 combat tours since 9\11. Leo San Juan is a dutiful Citizen, an outstanding Marine, and a truly exemplary individual. I can hope you only get a chance to really know him.

Please do not hesitate to contact me at 760 214 6676 or ericmkocher@hotmail.com

Sincerely,

Eric Michael Kocher
Former Staff Sergeant, USMC

**UNITED STATES MARINE CORPS**
1st Reconnaissance Battalion
1st Marine Division FMF
Box 555381
Camp Pendleton, California 92055-5381

19 JUN 08

From: Company Instructor, 1st Reconnaissance Battalion, 1ST Marine Division

To: Whom it may concern

Subj: **CHARACTER LETTER OF RECOMMENDATION IRT SGT LEONARDO SAN JUAN**

1. This Letter of Recommendation is for Sergeant Leonardo San Juan, USMC.
2. I am a friend and peer to Sergeant San Juan and have been while served along side him in both peace time and combat for approximately 10 years. I have 10 years of non-commissioned service in the U.S. Marine Corps and currently serve as Company Instructor for Delta Company, 1st Reconnaissance Battalion. I have served in a variety of Marine Corps Infantry and Reconnaissance units throughout my tenure. As a Staff Sergeant in the Marine Corps, I have worked with many Marines from varied backgrounds and believe I can identify people with good moral character. I feel this has given me the ability to recognize and surround myself with honest people. This is true in all aspects of my life whether it is in family, friends, or comrades.
3. I am writing this letter to express the highest regard for this Marine. Throughout my 5 years of operations along side this marine I have observed his performance and character excel beyond any other marine I have witness throughout my career. While training in peace or under extreme rigors of combat Sergeant San Juan has repeatedly had a strong sense of selflessness, has always been a team player, has conveyed honesty and professionalism, undoubtly a willingness to be a part of something bigger than himself and above all else continuously exudes a great moral character. I truly believe this will transcend into his civilian life with an extreme desire to contribute to his surrounding community. With no doubt in my mind, Leonard San Juan will serve as an upstanding citizen, and continue to serve the Nation.

4. Leonardo San Juan has my personal and professional recommendation. His family values, upstanding morals, honorable character, and great desire to serve our republic will be an outstanding contribution to our society. I sincerely look forward to seeing this marine's future grow in his community.

5. The point of contact is myself at steve.j.garcia@usmc.mil

 

Respectfully Submitted,

STEVE J. GARCIA

## Megan Tankersley

**From:** Leo Suan [recce45@hotmail.com]
**Sent:** Thursday, June 19, 2008 4:51 PM
**To:** Megan Tankersley
**Subject:** FW: letter-leo

> Date: Thu, 19 Jun 2008 15:12:39 -0700
> From: corysbraden@yahoo.com
> Subject: letter-leo
> To: recce45@hotmail.com
>
> June 19, 2008
> Re: Leo San Juan
> Cory Braden
> 15537 Blue Crystal Tr.
> Poway Ca, 92064
>
> To whom it may concern,
>
> I am writing this letter as a 'character reference' in the defense of Leo San Juan. Leo and I have been friends for almost a decade. We met at Camp Pendlenton while I was in the Marine Corps from 2000 to 2004. We were stationed at the same unit( 1st Recon Bn.) for the better part of my enlistment.
>
> Leo and I got to the unit about the same time and were close enough in rank that we 'hung-out' a lot. Leo is the last person I would have expected to be having legal problems. We had our fare share of 'goof-balls', but Leo wasn't one of them. Leo took his job very seriously and committed to the guys he worked for and the ones underneath him. Over the years Leo earned a very good reputation amongst the most elite unit's in the Marine Corp. If you were to ask any member of the 'Recon community' on the west coast about Leo. You would hear nothing but good things.
>
> After I left the military Leo continued his career in the Marine Corps. I started a service/repair business in north county (San Diego). When Leo got into this trouble he asked me about working on the weekends because he needed extra money to pay all the legal fees. Ever since Leo has been 'un-deployable' and able to work a second job, he has. Leo has amazing work ethic. He wouldn't even take the six month unemployment that everyone receives getting out of the military.
>
> Leo San Juan is a highly driven individual of high moral standards. My father was a police officer back east for many years. He told me he tried to follow 'The spirit of the law, not the letter'. I can't believe that someone who did so much for the country, and especially the manner in which he did, could be in trouble for something like this. I would also be happy to answer any other questions re guarding Leo's character via phone at 760-580-0473.
>
>
> Sincerely yours,
>
> Cory Braden
>
>
>

Earn cashback on your purchases with Live Search - the search that pays you back! Learn More

6/19/2008



# GOOD CONDUCT MEDAL

*The Commandant of the Marine Corps takes great pleasure in awarding the Good Conduct Medal to:*   SERGEANT LEONARDO R. SANJUAN JR

THIRD AWARD

*For Service as set forth on the following*
CITATION:

*Throughout the period* 14 DECEMBER 2004 *to* 13 DECEMBER 2007 *, you distinguished yourself through your exemplary personal and professional conduct. This award is testament to your selfless service and faithful adherence to the Corps' high standards. You have honored your obligations, displayed the courage of your convictions, and exhibited the highest degree of commitment. Your dedication and integrity reveal the depth of your character and are in keeping with the finest traditions of the United States Marine Corps.*

*Given under my hand on behalf of the Commandant of the Marine Corps this* __14TH__ *day of* __DECEMBER 2007__

M. J. MOONEY
LIEUTENANT COLONEL, USMC
COMMANDING

NAVMC 11416 (11-02)

UNITED STATES MARINE CORPS
2D MARINE DIVISION
UNIT 73530
FPO AE 09509-3530

IN REPLY REFER TO:
1650
G-1
26 Dec 05

From: Commanding General
To:   Sergeant Leonardo R. San Juan Jr 467 83 6037/0321 USMC
Via:  (1) Commanding Officer, 13th Marine Expeditionary Unit
      (2) Commanding Officer, 2d Battalion, 1st Marines

Subj: NAVY AND MARINE CORPS ACHIEVEMENT MEDAL WITH COMBAT "V"

Encl: (1) Award certificate
      (2) Navy and Marine Corps Achievement Medal
      (3) Combat Distinguishing Device

1. Forwarded with pleasure in recognition of your heroic achievement.

J. CIESLA
By direction

# DEPARTMENT OF THE NAVY

THE SECRETARY OF THE NAVY
THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL
(WITH COMBAT DISTINGUISHING DEVICE)

TO

SERGEANT LEONARDO R. SAN JUAN JR, UNITED STATES MARINE CORPS

FOR

HEROIC ACHIEVEMENT AS TEAM LEADER, RECONNAISSANCE PLATOON, BATTALION LANDING TEAM 2/1, 13TH MARINE EXPEDITIONARY UNIT, REGIMENTAL COMBAT TEAM 2, 2D MARINE DIVISION, II MARINE EXPEDITIONARY FORCE (FORWARD) IN SUPPORT OF OPERATION IRAQI FREEDOM 04-06 FROM 5 TO 20 NOVEMBER 2005 IN THE AL QA'IM REGION, IRAQ. ON 14 NOVEMBER, DURING OPERATION STEEL CURTAIN, SERGEANT SAN JUAN'S TEAM ADVANCED WITH ECHO COMPANY TO GAIN A FOOTHOLD IN AL UBAYDI. HE LED HIS TEAM FORWARD, CLEARING BUILDINGS AND OCCUPYING KEY TERRAIN TO PROVIDE OVER-WATCH FOR 3D PLATOON. AS THEY CONTINUED TO MANUEVER, HIS TEAM AND 3D PLATOON TOOK FIRE FROM AN ENEMY COMPOUND. HE ORDERED HIS TEAM TO ENGAGE THE ENEMY, THEREBY ENABLING THE INFANTRY TO CLOSE WITH AND DESTROY THE INSURGENT STRONGHOLD. SERGEANT SAN JUAN'S INITIATIVE, COURAGE, AND TOTAL DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND UPHELD THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 25TH DAY OF DECEMBER 2005



For the SECRETARY OF THE NAVY
R. A. HUCK
MAJOR GENERAL, U.S. MARINE CORPS
COMMANDING GENERAL
2D MARINE DIVISION

NAVSO 1650/12 (REV. 7-99)
S/N 0104-LF-982-3000

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS COMMENDATION MEDAL

(WITH COMBAT DISTINGUISHING DEVICE)

TO

SERGEANT LEONARDO R. SANJUAN, JR.
UNITED STATES MARINE CORPS

FOR

HEROIC ACHIEVEMENT WHILE SERVING AS TEAM LEADER, COMPANY B, 1ST RECONNAISSANCE BATTALION, REGIMENTAL COMBAT TEAM 1, 1ST MARINE DIVISION IN SUPPORT OF OPERATION IRAQI FREEDOM II FROM 27 MARCH TO 19 AUGUST 2004. WHILE CONDUCTING AMBUSH PATROLS SOUTH OF AL FALLUJAH, IRAQ, TO INTERDICT ANTI-IRAQI FORCES, SERGEANT SANJUAN'S PLATOON OBSERVED AN ENEMY SAFE HOUSE AND MANEUVERED TO DETERMINE THE ENEMY DISPOSITION IN VICINITY OF THE HOUSE. SERGEANT SANJUAN'S TEAM SUCCEEDED IN MOVING TO WITHIN 150 METERS OF THE SAFE HOUSE WHEN THE ENEMY BEGAN FIRING ON THEM. WHILE SMALL ARMS AND MACHINE GUN FIRE ERUPTED ALL AROUND HIS ELEMENT, SERGEANT SANJUAN COURAGEOUSLY DIRECTED HIS TEAM AND ENGAGED THE ENEMY WITH ACCURATE FIRE. WHEN A MEMBER OF HIS TEAM WAS WOUNDED SERGEANT SANJUAN CALMLY COVERED THE TEAM AS THEY EGRESSED. SERGEANT SANJUAN'S SITUATIONAL AWARENESS AND CALM UNDER INTENSE ENEMY FIRE WAS INSTRUMENTAL IN THWARTING THE ENEMY COUNTER-ATTACK AND KILLING AN UNCONFIRMED NUMBER OF ENEMY. SERGEANT SANJUAN'S INITIATIVE, PERSEVERANCE, AND TOTAL DEDICATION TO DUTY REFLECTED CREDIT UPON HIM AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

GIVEN THIS   5TH   DAY OF JANUARY 2005





FOR THE SECRETARY OF THE NAVY
RICHARD F. NATONSKI
MAJOR GENERAL, U.S. MARINE CORPS
COMMANDING GENERAL, 1ST MARINE DIVISION

NAVSO 1650/11 (REV. 7-99)
S/N 0104-LF-982-1800



# United States Marine Corps

LANCE CORPORAL LEONARDO SAN JUAN JR 467 83 6037/0311

*was, on the* 22D *day of* APRIL, 2000,

*the subject of a*

# MERITORIOUS MAST

*conducted by the*
Commanding Officer
Company I,
3d Battalion, 1st Marines

*for outstanding service as follows:*

    While serving as Automatic Rifleman, 3rd Squad, Third Platoon from 01 February to 13 June 2000. Lance Corporal San Juan participated in over ten small boat raids in which he was assigned as a scout swimmer and tasked with conducting box reconnaissance of the surf zone, providing surf reports, and securing the beachhead. During FLEETEX the scout swimmers were tasked with marking and securing a beach landing site on unknown terrain in order to allow India Company to safely and tactically land at San Clemente Island. Lance Corporal San Juan negotiated every obstacle and expeditiously swam through thick kelp beds in order to properly recon the boat lanes. His discipline, self motivation, and ability to carry out the commander's intent to accomplish any mission at hand is evident through his positive and motivated attitude. Lance Corporal San Juan's initiative and professionalism reflected great credit upon himself, Company I, and were in keeping with the highest traditions of the United States Marine Corps.

*C. D. Gideons*
C. D. GIDEONS
Captain, U. S. Marine Corps
Commanding

NAVMC 10935 (Rev.1-00) SN: 0109-LF-986-9800      U.S. G.PO. : 2000 504-598